IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FERRA AUTOMOTIVE SERVICES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:20-cv-00712-RJC |
| ) | |
| CERTAIN UNDERWRITERS AT LLOYD'S ) | |
| LONDON - SYNDICATE #2001 AML ) | |
| also known as LLOYD'S LONDON and ) | |
| CERTAIN UNDERWRITERS AT ) | |
| LLOYD'S LONDON, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

AND NOW, this 7th day of November, 2020, for the reasons stated in the Memorandum Opinion filed contemporaneously hereto, the Motion to Dismiss (ECF No. 9) filed on behalf of Defendant Certain Underwriters at Lloyd's, London – Syndicate #2001 AML a/k/a Lloyd's London and Certain Underwriters at Lloyd's, London be and the same hereby is GRANTED.

The Clerk of Court shall mark this case as CLOSED.

/s/ *Robert J. Colville*
Robert J. Colville
United States District Judge

cc/ecf: All counsel of record