IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FERRA AUTOMOTIVE SERVICES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CERTAIN UNDERWRITERS AT LLOYD'S )<br>LONDON - SYNDICATE #2001 AML )<br>also known as LLOYD'S LONDON and )<br>CERTAIN UNDERWRITERS AT )<br>LLOYD'S LONDON, )<br>)<br>Defendants. ) | 2:20-cv-00712-RJC |

## **JUDGMENT ORDER**

FINAL JUDGMENT is hereby entered pursuant to Rule 58 of the Federal Rules of Civil Procedure. This case has been marked closed.

/s/ *Robert J. Colville*
Robert J. Colville
United States District Judge

Dated" November 7, 2020

cc/ecf: All counsel of record